AO 450 (Rev. 11/11)  Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 02, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BOBBIE A., <br> *Plaintiff* <br> v. <br><br> FRANK BISIGNANO COMMISSIONER OF SOCIAL SECURITY, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.   2:25-CV-00383-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Ms. A.'s Brief, ECF No. 10, is DENIED.
Defendant's Brief, ECF No. 12, is GRANTED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Rebecca L. Pennell

Date:   April 2nd, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*